LOREN A. FLETCHER et al., Respondents, v. THE JACOB DOLD PACKING COMPANY, Appellant.

*Fletcher* v. *Dold Packing Co.,* 41 App. Div. 30, affirmed.
(Argued October 31, 1901; decided December 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 31, 1899, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*James McCormick Mitchell* and *L. L. Babcock* for appellant.

*Watson M. Rogers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.